# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA
### OFFICE OF THE CLERK

**Denise M. Lucks**  
**Clerk of Court**

www.ned.uscourts.gov

**Gabriela Acosta**  
**Chief Deputy Clerk**

June 12, 2024

James A. Goddard  
NEBRASKA APPLESEED CENTER  
947 O Street, Ste. 401  
PO Box 83613  
Lincoln, NE  68508

RE:   Case No.  4:24cv3108  
      Filyaw v. Corsi et al

Dear Counsel:

Our records indicate that you are an attorney of record in the above-referenced case, which is managed on the Case Management/Electronic Case Files (CM/ECF) system of the U.S. District Court for the District of Nebraska.

Our records indicate that you have not:

   X    Registered for the System, as required by the NEGenR 1.3(a) and NEGenR 1.3(b)(1).

The necessary instructions are attached for your use in complying with this request.   If the requested action is not taken within 15 days of the date of this letter, this matter will be referred to the assigned magistrate judge for the entry of a show cause order.   If you have already submitted the forms or taken the action required above, please disregard this letter.   If you have any questions or concerns, please do not hesitate to contact our office.

Sincerely,

s/   Juliana Sanchez  
Deputy Clerk

Enclosures

Forms-Attorney_Letter  
Approved: February 25, 2008

\#

111 South 18th Plaza, Suite 1152, Omaha, NE 68102-1322

Omaha: (402) 661-7350 | Fax: (402) 661-7387 | Toll Free: (866) 220-4381  
Lincoln: (402) 437-1900 | Fax: (402) 437-1911 | Toll Free: (866) 220-4379

# Electronic Case Filing Registration

The rules governing electronic case filing are set forth in [NEGenR 1.3](). If you would like to electronically file in the United States District Court for the District of Nebraska, go to [www.pacer.gov]():

- Click on REGISTER
- If you are an attorney, click on Attorney Filers
- If you are a non-attorney, click on Non-Attorney Filers

Complete the on-screen instructions. Note that you may leave the Additional Filer Information section blank.