# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 24-3041
_____

Gillian Filyaw, individually and on behalf of all others similarly situated

Plaintiff - Appellant

v.

Steve Corsi, Chief Executive Officer of the Nebraska Department of Health and Human Services, in his official capacity; Drew Gonshorowski, Director of the Division of Medicaid and LongTerm Care, in his official capacity

Defendants - Appellees

------------------------------

Danielle C. Jefferis; American Civil Liberties Union of Nebraska

Amici on Behalf of Appellant(s)

_____

Appeal from U.S. District Court for the District of Nebraska - Lincoln
(4:24-cv-03108-BCB)
_____

**JUDGMENT**

Before COLLOTON, Chief Judge, SMITH, and SHEPHERD, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

    After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

August 27, 2025

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
    /s/ Susan E. Bindler