# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-3041

Gillian Filyaw, individually and on behalf of all others similarly situated

Appellant

v.

Steve Corsi, Chief Executive Officer of the Nebraska Department of Health and Human Services, in his official capacity and Drew Gonshorowski, Director of the Division of Medicaid and LongTerm Care, in his official capacity

Appellees

------------------------------

Danielle C. Jefferis and American Civil Liberties Union of Nebraska

Amici on Behalf of Appellant(s)

---

Appeal from U.S. District Court for the District of Nebraska - Lincoln
(4:24-cv-03108-BCB)

---

## MANDATE

In accordance with the opinion and judgment of August 27, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 19, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit